UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WILLIAM and SUZANNE C. COTTER**                                            **PLAINTIFFS**

**V.**                                          **CIVIL ACTION NO.1:06CV743 LTS-RHW**

**JAMES SMITH and ALLSTATE**
**PROPERTY AND CASUALTY INSURANCE COMPANY**         **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiffs' motion [4] to remand is **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this action to the court from which it was removed; and

That the plaintiffs' motion [15] to Amend or Correct the Complaint is hereby **DENIED** without prejudice to the plaintiffs' right to seek to amend or correct the complaint on remand.

**SO ORDERED** this 21st day of May, 2007.

                                              s/ L. T. Senter, Jr.
                                              L. T. SENTER, JR.
                                              SENIOR JUDGE